FILED
September 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                     )   Case No. 2:09CR00380-WBS-2
            Plaintiff,               )
v.                                   )   ORDER FOR RELEASE OF
                                     )   PERSON IN CUSTODY
JOSE SERGIO ESPINDOLA,               )
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSE SERGIO ESPINDOLA__ , Case No. __2:09CR00380-WBS-2__ , Charge __21USC § 846 and 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

     ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 22, 2009__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court