PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
URIEL OCHOA ESPINDOLA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>    vs.<br><br>URIEL OCHOA ESPINDOLA, JOSE SERGIO ESPINDOLA.<br>         Defendants. | CASE NO. 2:09-cr-00380-WBS<br><br>STIPULATION [~~PROPOSED~~ ORDER] TO CONTINUE STATUS CONFERENCE<br><br>Date: April 16, 2012<br>Time: 9:30a.m.<br>Dept.: 5<br>Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Uriel Ochoa Espindola, Attorney Jeffrey Rosenblum, Counsel for Defendant Jose Sergio Espindola, that the Status Conference date scheduled for April 9, 2012, at 9:30 a.m. be vacated and the Status Conference be continued to this court's calendar on April 16, 2012 at 9:30 a.m. Additional time is needed for negotiations and investigation.

The court is advised that counsel have conferred about this request that they have agreed to the court date of April 16, 2012 and that Mr. Beckwith and Mr. Rosenblum have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including April 16, 2012.

Respectfully Submitted,

Dated: April 6, 2012 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
URIEL OCHOA ESPINDOLA

Dated: April 6, 2012 /s/ Michael Beckwith
Assistant United States Attorney
Attorney for Plaintiff

Dated: April 6, 2012 /s/ Jeffrey Rosenblum
Jeffery Rosenblum
Attorney for Defendant
JOSE SERGIO ESPINDOLA

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 9, 2012 Status Conference hearing is hereby vacated and reset to April 16, 2012 at 9:30 a.m.

Dated:       April 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE