**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar Number 131206
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814
Fax: (916) 447-2988
Email: *mjrcorp@pacbell.net*

Attorney for Defendant
**JOSE SERGIO ESPINDOLA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380-02 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| **JOSE SERGIO ESPINDOLA**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the sentencing of Jose Sergio Espindola, which is currently scheduled for July 9, 2012 at 09:30 AM should be vacated and continued to October 15, 2012 at 9:30 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through October 15, 2012.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

-1-

Dated: July 3, 2012            /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Dated: July 3, 2012            /s/ Jeffrey Rosenblum
JEFFREY ROSENBLUM
Attorney for Jose Sergio Espindola

## ORDER

**IT IS SO ORDERED.**

Dated:  July 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE