**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar Number 131206
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814
Fax: (916) 447-2988
Email: *mjrcorp@pacbell.net*

Attorney for Defendant
**JOSE SERGIO ESPINDOLA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380-02 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |
| **JOSE SERGIO ESPINDOLA**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently scheduled for October 15, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued to December 17, 2012 at 9:30 a.m. Defense counsel's office has contacted Lynda Moore, U.S. Probation Officer, and she has no objection to this continuance.

The parties request that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/17/2012 |
| Reply, or Statement of Non-Opposition: | 12/10/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/03/2012 |

-1-

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/26/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/19/2012 |
| The proposed Presentence shall be disclosed to counsel no later than: | 11/05/2012 |

Dated: October 10, 2012          /s/ Michael Beckwith
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

Dated: October 10, 2012          /s/ Jeffrey Rosenblum
                                 JEFFREY ROSENBLUM
                                 Attorney for Jose Sergio Espindola

**ORDER**

IT IS SO ORDERED.

Dated:   October 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE