1  **JEFFREY ROSENBLUM**
   **Attorney at Law**
2  State Bar Number 131206
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 442-1814
4  Fax: (916) 447-2988
   Email: *mjrcorp@pacbell.net*
5

6  Attorney for Defendant
   **JOSE SERGIO ESPINDOLA**
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | **UNITED STATES OF AMERICA**,       )   CASE NO. 2:09-cr-00380 WBS
                                         )
12 |         Plaintiff                   )
                                         )   STIPULATION AND [PROPOSED]
13 |    vs.                              )   ORDER CONTINUING
                                         )   JUDGMENT AND SENTENCING
14 |                                     )
   | **JOSE SERGIO ESPINDOLA**,          )
15 |                                     )
   |         Defendant.                  )
16 | _____     )

17

18         The United States, through its undersigned counsel, and the defendant, through his

19 undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20 scheduled for February 19, 2013 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21 to May 13, 2013 at 9:30 a.m. Defense counsel has attempted to contact Lynda Moore, U.S.

22 Probation Officer, via email on 2/7/13 and phone 2/14/13 but has not received a response. The

23 Presentence report has not yet been distributed as of today's date and thus this continuance is

24 necessary.

25         The parties request that the court adopt the following schedule pertaining to the

26 Presentence report:

27         Judgment and Sentencing Date:                    5/13/2013

28         Reply, or Statement of Non-Opposition:           5/06/2013

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/29/2013 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 4/22/2013 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 4/15/2013 |
| The proposed Presentence shall be disclosed to counsel no later than: | 4/01/2013 |

Dated: February 15, 2013        /s/ Michael Beckwith
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

Dated: February 15, 2013        /s/ Jeffrey Rosenblum
                                JEFFREY ROSENBLUM
                                Attorney for Jose Sergio Espindola

**ORDER**

IT IS SO ORDERED.

Dated: February 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE