1  **JEFFREY ROSENBLUM**
   **Attorney at Law**
2  State Bar Number 131206
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 442-1814
4  Fax: (916) 447-2988
   Email: *mjrcorp@pacbell.net*
5

6  Attorney for Defendant
   **JOSE SERGIO ESPINDOLA**
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | **UNITED STATES OF AMERICA**,           ) | **CASE NO. 2:09-cr-00380 WBS**
12 |                Plaintiff                )
                                             )   **STIPULATION AND [PROPOSED]**
13 |            vs.                          )   **ORDER CONTINUING**
                                             )   **JUDGMENT AND SENTENCING**
14 |                                         )
   | **JOSE SERGIO ESPINDOLA**,              )
15 |                                         )
   |                Defendant.               )
16 | _____         )

17

18         The United States, through its undersigned counsel, and the defendant, through his

19  undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20  scheduled for July 29, 2013 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21  to September 9, 2013 at 9:30 a.m. Defense counsel's office has contacted Lynda Moore, U.S.

22  Probation Officer, and she has no objection to this continuance.

23         The parties request that the court adopt the following schedule pertaining to the

24  presentence report:

25         Judgment and Sentencing Date:                              09/09/2013

26         Reply, or Statement of Non-Opposition:                     09/03/2013

27         Motion for Correction of the Presentence Report
           shall be filed with the Court and served on the
28         Probation Officer and opposing counsel no
           later than:                                                08/26/2013

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/19/2013 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The proposed Presentence shall be disclosed to counsel no later than: | Completed |

Dated: July 19, 2013                /s/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney

Dated: July 19, 2013                /s/ Jeffrey Rosenblum
                                    JEFFREY ROSENBLUM
                                    Attorney for Jose Sergio Espindola

**ORDER**

IT IS SO ORDERED.

Dated:   July 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE