**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar Number 131206
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 442-1814
Fax: (916) 447-2988
Email: *mjrcorp@pacbell.net*

Attorney for Defendant
**JOSE SERGIO ESPINDOLA**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **CASE NO. 2:09-cr-00380-02 WBS** |
| | ) | |
| Plaintiff | ) | |
| | ) | **STIPULATION FOR EXTENSION** |
| vs. | ) | **OF TIME TO SELF-SURRENDER** |
| | ) | **AND [PROPOSED] ORDER** |
| | ) | |
| **JOSE SERGIO ESPINDOLA,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, JOSE SERGIO ESPINDOLA, by and through his attorney, Jeffrey Rosenblum, hereby requests a five-week extension of his self-surrender date from October 8, 2013 to November 12, 2013.

This request is made because the U.S. Marshall's office has indicated that they need more time to complete their paperwork, and thus they requested that our office (and the U.S. Attorney's office) stipulate to a later turn-in date.

Assistant United States Attorney Michael Beckwith stipulates to the Court extending the self-surrender date to November 12, 2013 and requests that this Court vacate the self-surrender date of October 8, 2013, and enter an Order extending the self-surrender date five weeks to November 12, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 2, 2013                          BENJAMIN WAGNER
                                                United States Attorney

                                         By:    /s/ Michael Beckwith
                                                MICHAEL BECKWITH
                                                Assistant United States Attorney

Dated: October 2, 2013                           /s/ Jeffrey Rosenblum
                                                JEFFREY ROSENBLUM
                                                Attorney for Defendant
                                                JOSE SERGIO ESPINDOLA


ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the self-surrender date of October 8, 2013 is VACATED.  Defendant, JOSE SERGIO ESPINDOLA shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service by November 12, 2013 by 2:00 p.m.

IT IS SO ORDERED.

Dated:  October 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Substitution of Attorney - 2