**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar No. 131206
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 442-1814
Facsimile: (916) 447-2988
Email: mjrcorp@pacbell.net

Attorney for Defendant
Jose Sergio Espindola

# IN THE UNITED STATES DISTRICTS COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE SERGIO ESPINDOLA,<br><br>　　　　　　　　Defendant. | CASE NO: 2:09-CR-00380-WBS-2<br><br>**REQUEST FOR ORDER AND PROPOSED ORDER EXONERATING BOND AND RECONVEYING PROPERTIES** |

　　　　On September 22, 2009, this court ordered Mr. Espindola released on a $200,000 secured bond. (Docket 32.) On November 30, 2009, a Deed of Trust for real property located at 16925 Yvonne Drive, Delhi, CA 95315 was provided as collateral. (Docket 51; Merced County Recorder's Document # 2009-052885.)

　　　　On September 9, 2013, Mr. Espindola was sentenced and his case closed. (Docket 250.)

　　　　Accordingly, Mr. Espindola respectfully requests that the court exonerate the bond posted and that the clerk of the court be directed to reconvey the deed of trust back to the Trustors, Lilia Espindola and Jose Sergio Espindola.

1

DATED:  April 25, 2017                    Respectfully Submitted

                                          /s/ Jeffrey Rosenblum
                                          JEFFREY ROSENBLUM
                                          Attorney for the Defendant
                                          JOSE SERGIO ESPINDOLA

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the $200,000 bond posted to secure Mr. Espindola's release be exonerated, and the clerk is directed to reconvey the Deed of Trust, Merced County Recorder's Document # 2009-052885, back to Lilia Espindola and Jose Sergio Espindola.

Dated:  April 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE