**JEFFREY ROSENBLUM**
**Attorney at Law**
State Bar No. 131206
1001 G Street, Suite 101
Sacramento, CA 95814
Telephone: (916) 442-1814
Facsimile: (916) 447-2988
Email: mjrcorp@pacbell.net

Attorney for Defendant
JOSE SERGIO ESPINDOLA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**JOSE SERGIO ESPINDOLA,**<br><br>Defendant. | CASE NO. 2:09-CR-00380-WBS-2<br><br>**REQUEST FOR ORDER AND ORDER RECONVEYING PROPERTY** |

On September 22, 2009, this court ordered Mr. Espindola released on a $200,000 secured bond. (Docket 32.) On November 30, 2009, a Deed of Trust for real property located at 1861 Valley Street, Atwater, CA 95301 was provided as collateral. (Docket 51; Merced County Recorder's Document # 2009-052886.)

On September 9, 2013, Mr. Espindola was sentenced, and his case closed. (Docket 250.)

Accordingly, Mr. Espindola respectfully requests that the clerk of the court be directed to reconvey the deed of trust back to the Trustors, Mario Espindola and Martha Espindola.

/ /

1

Dated: October 14, 2020                                         Respectfully submitted,

       /s/ Jeffrey Rosenblum
JEFFREY ROSENBLUM
Attorney for Defendant
JOSE SERGIO ESPINDOLA

## **ORDER**

The government having no objection, and good cause appearing,

IT IS HEREBY ORDERED that the clerk is directed to reconvey the Deed of Trust, Merced County Recorder's Document # 2009-052886, back to Mario Espindola and Martha Espindola.

Dated:  October 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2